1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| 9   UNITED STATES OF AMERICA, | No. 2:12-cr-02036-SAB |
| 10                    Plaintiff, | |
| 11   v. | **ORDER DENYING** |
| 12   DAVID ALLEN VICKERS, | **DEFENDANT'S MOTION TO** |
| 13                    Defendant. | **VACATE, SET ASIDE, OR** |
| 14 | **REDUCE SENTENCE;** |
| 15 | **GRANTING MOTION TO** |
| 16 | **WITHDRAW** |

17        On June 23, 2014, Defendant filed a Motion to Vacate, Set Aside, or
18   Correct Sentence. ECF No. 44. A briefing schedule was set and on October 31,
19   2014, proceedings were stayed for ninety days or until the Ninth Circuit Court of
20   Appeals issued a decision in *Ezell v. United States*, 14-71696. ECF No. 55. The
21   Court of Appeals issued its decision in *Ezell* on January 23, 2015. This Court
22   ordered parties to file a Status Certificate updating the Court on this matter, ECF
23   No. 57, and Defendant did so on July 14, 2015. ECF No. 60. The Government
24   filed a response concurring with the status certificate on July 22, 2015. ECF No.
25   61.
26        Defendant's motion to vacate, set aside or correct sentence was premised on
27   the Supreme Court's decision in *Descamps v. United States*. 133 S. Ct. 2276
28   (2013). At the time Defendant filed the pending motion, the Ninth Circuit Court of

**ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE,
OR REDUCE SENTENCE; GRANTING MOTION TO WITHDRAW # 1**

Appeals was considering *Ezell*, which concerned whether *Descamps* applied retroactively. In *Ezell*, the Ninth Circuit ruled that *Descamps* does not apply retroactively. Defendant concedes the *Ezell* ruling, as well as other related case law, forecloses relief in this matter as it renders his motion untimely. The Court concurs. Accordingly, the Court denies Defendant's motion.

Defense Counsel moves to withdraw from this matter. Because there are no remaining pending issues, the Court grants counsel's request, and closes this file.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 44, is **DENIED**.

2. Defense Counsel's Motion to Withdraw, included in ECF No. 60, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close the file**.

**DATED** this 3rd day of September 2015.



Stanley A. Bastian
United States District Judge

**ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR REDUCE SENTENCE; GRANTING MOTION TO WITHDRAW #** 2