PROB 12C
(6/16)

Report Date: April 19, 2019

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Allen Vickers                Case Number: 0980 2:12CR02036-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , Yakima, Washington ▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Resentence: August 15, 2018 | Prison - 90 months; TSR - 36 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 1, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: March 1, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 14, and 27, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Vickers is alleged to have consumed methamphetamine on or about April 9, 2019.<br><br>Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed acknowledging an understanding of his conditions which included special condition number 4, as noted above.<br><br>On April 9, 2019, Mr. Vickers reported to Merit Resource Services (Merit) as directed to provide a random urinalysis. The sample Mr. Vickers provided was not accepted due to the |

Prob12C
**Re: Vickers, David Allen**
**April 19, 2019**
Page 2

urine not having the correct temperature. Mr. Vickers was directed to call this officer to discuss why the urinalysis was not accepted by Merit staff.

On April 10, 2019, Mr. Vickers called this officer as directed. Mr. Vickers explained he has an addiction and is struggling to maintain his sobriety. Mr. Vickers admitted to consuming methamphetamine on April 9, 2019, and admitted attempting to adulterate his urinalysis at Merit on April 9, 2019.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 14 and 27, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 19, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/19/2019

Date