PROB 12C
(6/16)

Report Date: April 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Allen Vickers    Case Number: 0980 2:12CR02036-SAB-1

Address of Offender: ███████████████, Yakima, Washington ███

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2013

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 188 months;          Type of Supervision: Supervised Release
                      TSR - 60 months

Resentence:           Prison - 90 months;
August 15, 2018       TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon              Date Supervision Commenced: March 1, 2019

Defense Attorney:     Paul E.  Shelton              Date Supervision Expires: March 1, 2022

## PETITIONING THE COURT

**To issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 14, 27, and April 19, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

6    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Mr. Vickers is alleged to have consumed methamphetamine on or about April 26, 2019.

     Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed and acknowledged an understanding of his conditions which included special condition number 4, as noted above.

     On April 29, 2019, Mr. Vickers called this officer and explained that he was discharged from James Oldham Treatment Center (JOTC) on April 26, 2019, because he consumed

Prob12C
**Re: Vickers, David Allen**
**April 30, 2019**
**Page 2**

methamphetamine while he was in inpatient treatment. Mr. Vickers also requested to speak with this officer's supervisor to discuss his situation. This officer put SUSPO Vargas on speaker phone and we talked to Mr. Vickers. While on speaker phone, Mr. Vickers once again admitted to consuming methamphetamine on or about April 26, 2019. He also stated if he was to provide a drug test, it would test positive.

| | |
|---|---|
| 7 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Vickers is alleged to have been unsuccessfully discharged from JOTC on April 26, 2019.

Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed acknowledging an understanding of his conditions which included special condition number 3, as noted above.

On April 29, 2019, Mr. Vickers called this officer and explained he was discharged from JOTC on April 26, 2019, because he consumed methamphetamine while he was in inpatient treatment. After speaking with Mr. Vickers, this officer called and spoke with a JOTC staff member. JOTC staff confirmed the offender was unsuccessfully discharged on April 26, 2019, for not following the rules at JOTC.

| | |
|---|---|
| 8 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Vickers is alleged to have failed to report to the U.S. Probation Office on April 30, 2019 as directed by this officer.

Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed acknowledging an understanding of his conditions which included standard condition number 2, as noted above.

On April 29, 2019, Mr. Vickers spoke with this officer over the phone. During the conversation Mr. Vickers was directed to report to the probation office in Yakima, Washington, at 9:00 a.m. on April 30, 2019. Mr. Vickers failed to report to the probation office as instructed by this officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 14, 27 and April 19, 2019.

Prob12C
**Re: Vickers, David Allen**
**April 30, 2019**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

April 30, 2019

Date