PROB 12C
(6/16)

Report Date: June 7, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Allen Vickers | Case Number: 0980 2:12CR02036-SAB-1 |
| Address of Offender: | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Resentence: August 15, 2018 | Prison - 90 months; TSR - 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 1, 2019 |
| Defense Attorney: | Paul E.  Shelton | Date Supervision Expires: | March 1, 2022 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 14, 27, 2019; and  April 19 and 30, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Vickers is alleged to have been unsuccessfully discharged from his drug and alcohol treatment program at Sundown M Ranch on June 6, 2019. |
| | Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed and acknowledged an understanding of his conditions which included special condition number 3, as noted above. |

Prob12C
**Re: Vickers, David Allen**
**June 7, 2019**
Page 2

On May 29, 2019, Mr. Vickers appeared before the Court on a revocation hearing. At this hearing, information was presented to the Court regarding a drug and alcohol treatment bed being available for Mr. Vickers at Sundown M Ranch in Selah, Washington. The Court ordered Mr. Vickers released on May 30, 2019, so that he could attend treatment. On May 31, 2019, Sundown M Ranch confirmed Mr. Vickers reported as directed for inpatient treatment.

On June 6, 2019, the probation office received information from Sundown M Ranch that Mr. Vickers was found in possession of a cellular telephone and Sundown M Ranch property. This was a violation of the program rules and Mr. Vickers was terminated from the program.

The undersigned officer made attempts to reach Mr. Vickers at his last reported telephone number with no success. This officer also made contact with his Washington State Department of Corrections (DOC) officer regarding Mr. Vickers' status. His DOC officer stated Mr. Vickers had not reported to their office. As of the end of business hours on June 6, 2019, Mr. Vickers' whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

06/07/2019

Date