PROB 12C
(6/16)

Report Date: August 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Allen Vickers | Case Number: 0980 2:12CR02036-SAB-1 |
| Address of Offender: | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 188 months;<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Resentence:<br>August 15, 2018 | Prison - 90 months;<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 1, 2019 | |
| Defense Attorney: | Paul E.  Shelton | Date Supervision Expires: March 1, 2022 | |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 14 and 27, 2019; April 19 and 30, 2019; and June 7, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Vickers is alleged to have been arrested for First Degree Possession of Stolen Property, in violation of Revised Code of Washington (RCW) 9A.26.140, and Theft of a Motor Vehicle, in violation of RCW 9A.56.065.<br><br>Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed and acknowledged an understanding of his conditions which included mandatory condition number 1, as noted above.<br><br>According to the Yakima Police Department (YPD) narrative report for incident 19Y031186, the following occurred: On August 9, 2019, at approximately 8:30 a.m., YPD arrested Mr. Vickers in a stolen van at 912 North First Street in Yakima, Washington.  After Mr. Vickers was arrested, the owner of the vehicle arrived at the location and spoke with YPD.  The owner explained that he knew Mr. Vickers and Mr. Vickers must have taken a set of keys |

Prob12C
Re: Vickers, David Allen
August 15, 2019
Page 2

from his business on August 8, 2019, in the afternoon. The owner also stated he saw Mr. Vickers on surveillance video, return to his business around 8 p.m., and take the vehicle without permission on August 8, 2019.

YPD spoke with Mr. Vickers about him being in possession of the van and Mr. Vickers stated the owner gave him permission to posses the van. He also stated he did not steal the van and he requested an attorney.

Mr. Vickers was arrested for outstanding warrants and the Yakima County Prosecutor's Office filed felony charges for first degree possession of stolen property and theft of a motor vehicle. His bail was set at $60,000 and his next court date is scheduled for August 26, 2019, in Yakima County Superior Court cause number 19-1-01500-0.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 15, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

August 16, 2019

Date