# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2019

SEAN F. McAVOY, CLERK

Name of Offender: David Allen Vickers      Case Number: 0980 2:12CR02036-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2013

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 188 months;      Type of Supervision: Supervised Release
     TSR - 60 months

Resentence:      Prison - 90 months;
August 15, 2018      TSR - 36 months

Asst. U.S. Attorney:      Thomas J. Hanlon      Date Supervision Commenced: March 1, 2019

Defense Attorney:      Paul E.  Shelton      Date Supervision Expires: March 1, 2022

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 14 and 27, 2019; April 19 and 30, 2019; June 7, 2019; and August 15, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 day before the changes.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Mr. Vickers is alleged to have changed his address without notifying this probation officer as of November 4, 2019. |
| | Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed and acknowledged an understanding of his conditions which included standard condition number 5, as noted above. |

        On October 28, 2019, Mr. Vickers was removed from the Fisher Park Oxford house and relocated to the Tieton Oxford House, located at 3903 West Walnut Street in Yakima, Washington. On November 5, 2019, this officer attempted to contact Mr. Vickers at the Tieton Oxford House. This officer was informed by the house manger that Mr. Vickers was kicked out of the Tieton Oxford House on November 4, 2019. The house manager stated Mr. Vickers took all of his personal items and is not welcome back at the residence. Mr. Vickers did not inform this officer that he left the Tieton Oxford House until this officer questioned him about it on November 7, 2019.

12      **Standard Condition #2**: After initially reporting to the probation officer, you will receive instructions from the Court of the probation officer about how and when you must report to the probating officer and you must report to the probation officer as instructed.

        **Supporting Evidence**: Mr. Vickers is alleged to have failed to report to probation as directed on November 7, 2019

        Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed and acknowledged an understanding of his conditions which included standard condition number 2, as noted above.

        On November 7, 2019, this officer spoke with Mr. Vickers on the phone at 7:40 a.m. Mr. Vickers was directed to report to this officer by 9 a.m. to discuss why the Washington State Patrol ran his name at 1 a.m. on November 7, 2019. Mr. Vickers stated he will find a ride and call this officer back.

        Mr. Vickers called this officer at 3 p.m. and asked that he report the following day. Mr. Vickers was directed by this officer to report by 4:45 p.m. The offender acknowledged that he must report as directed; however, he failed to report as directed on November 7, 2019.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 8, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/12/2019

Date