PROB 12C
(6/16)

Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Allen Vickers | Case Number: 0980 2:12CR02036-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Resentence: August 15, 2018 | Prison - 90 months; TSR - 36 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 1, 2019 |
| Defense Attorney: | Paul E.  Shelton | Date Supervision Expires: March 1, 2022 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 14 and 27, 2019; April 19 and 30, 2019; June 7, 2019; August 15, 2019; and November 8, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Vickers is alleged to have been issued a citation for Driving while license suspended Third degree (DWLS), in violation of Revised Code of Washington (RCW) 46.20.342.1C, on November 7, 2019.<br><br>Mr. Vickers' conditions of supervised release were reviewed with him on March 5, 2019. He signed and acknowledged an understanding of his conditions which included mandatory condition number 1, as noted above.<br><br>According to the Washington State Patrol Infraction/Citation Affidavit for citation #9Z1051952 the following occurred: On November 7, 2019, at 12:35 a.m., Mr. Vickers was pulled over at mile post 36 on Interstate 82 (I-82) for failing to signal as he was merging onto I-82.  The WSP trooper observed Mr. Vickcers driving and Mr. Vickcers admitted to driving without a valid license. |

Prob12C
**Re: Vickers, David Allen**
**December 6, 2019**
**Page 2**

The citation was sent to Yakima County District Court and a court date has not been set at the time this report was written.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 6, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/06/2019

Date